

**FILED**
JUN - 6 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 06-01752 MHP**   Bulcao et al v. Sony BMG Music Entertainment et al

**C 06-02161 MHP**   Ruth v. Sony BMG Music Entertainment et al
    I find that the above case is related to the case assigned to me. _____

**C 06-02650 MEJ**   Brass v. Sony BMG Music Entertainment et al
    I find that the above case is related to the case assigned to me. _____

**C 06-02709 EMC**   Picinich v. Sony BMG Music Entertainment et al
    I find that the above case is related to the case assigned to me. _____

**C 06-03070 MHP**   Warren v. Sony BMG Music Entertainment et al
    I find that the above case is related to the case assigned to me. _____ (previous order 5/12/06)

**C 06-03077 EDL**   Spector v. Sony BMG Music Entertainment et al
    I find that the above case is related to the case assigned to me. _____

**C 06-03284 SI**   Benham v. Sony BMG Music Entertainment et al
    I find that the above case is related to the case assigned to me. _____

**C 06-03333 JCS**     <u>Doolittle v. Universal Music Group et al</u>

I find that the above case is related to the case assigned to me. _____

**C 06-03348 MEJ**     <u>Bartel et al v. Sony BMG Music Entertainment et al</u>       5/22

I find that the above case is related to the case assigned to me. _____

**C 06-03358 EDL**     <u>McAllister v. Universal Music Group et al</u>

I find that the above case is related to the case assigned to me _____

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: 6/6/06     _____
                  Judge Marilyn H. Patel

Dated: _____    _____
                  Judge Marilyn H. Patel

Dated: _____    _____
                  Magistrate Judge Maria-Elena James

Dated: _____    _____

-2-

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: 6/6/2006

By: _____
Deputy Clerk

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program: _____(date)

-5-